UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:22-CV-01065-PGB-LHP

HOWARD COHAN,

     Plaintiff,

vs.


BIG LOTS STORES, LLC
a Foreign Limited Liability Company

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BIG LOTS STORES, LLC, a Foreign Limited Liability Company (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED August 1, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

**By: /s/ Ana M. Saruski**
Ana M. Saruski, Esq.
Florida Bar No.: 903167
MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
1000 N.W. 57th Court
Suite 300

Email: greg@sconzolawoffice.com          Miami, FL 33126
Email: samantha@sconzolawoffice.com      Phone: 305-774-9966
Email: alexa@sconzolawoffice.com         Fax: 305-774-7743
Attorney for Plaintiff                   Email: asaruski@defensecounsel.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2