### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                     **Case No: 6:22-cv-1065-PGB-LHP**

**BIG LOTS STORES, LLC,**

      **Defendant.**
_____/

### ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed on August 23, 2022. (Doc. 17). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Big Lots Stores, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 25, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties